
FILED
CLERK, U.S. DISTRICT COURT
12/15/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA TAILFORD, SANFORD BUCKLES, JEFFREY RUDERMAN, and all similarly situated individuals;<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:19-cv-02191-CJC-KES<br>Assigned to Hon. Cormac J. Carney<br><br>**[PROPOSED] JUDGMENT** |

For the reasons set forth in the Court's Order Granting Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 77), the Court hereby enters FINAL JUDGMENT in this action as follows:

1. The Court enters judgment for Defendant Experian Information Solutions, Inc. ("Experian") and against Plaintiffs Theresa Tailford, Sanford Buckles, and Jeffrey Ruderman ("Plaintiffs") on Plaintiffs' complaint in this action and dismisses this action with prejudice;

2. Plaintiffs recover nothing from Experian;

3. Experian may recover costs and attorney fees from Plaintiffs to the extent permitted by law.

IT IS SO ORDERED.

Dated: December 15, 2020

_____
Hon. Cormac J. Carney
United States District Judge